```
 1
 2
 3
 4
 5
 6
 7                         UNITED STATES DISTRICT COURT
 8                        CENTRAL DISTRICT OF CALIFORNIA
 9
10
11  KEENAN GEORGE,                  ) Case No. CV 08-6617-SJO(RC)
                                    )
12                 Petitioner,      )
                                    ) OPINION AND ORDER ON A FIRST AMENDED
13  vs.                             ) PETITION FOR HABEAS CORPUS
                                    )
14  J. WALKER,                      )
                                    )
15                 Respondent.      )
                                    )
16
```

17      On October 24, 2008, petitioner Keenan George, a state inmate
18 proceeding pro se, filed a habeas corpus petition under 28 U.S.C. §
19 2254, which this Court dismissed with leave to amend, explaining that
20 the petition was prolix, or much too long, and impossible to decipher,
21 and ordered petitioner to file a First Amended Petition.  On
22 October 8, 2008, petitioner filed a First Amended Petition, which this
23 Court also dismissed with leave under Rule 12(e), due to petitioner's
24 failure to comply with the Court's Order of October 24, 2008, and
25 ordered petitioner to file a Second Amended Petition within thirty
26 days.  However, petitioner has not filed a Second Amended Petition.
27 //
28 //

|   |   |
|---|---|
| 1 | **DISCUSSION** |
| 2 | Rule 1 of the Rules Governing Section 2254 Cases in the United |
| 3 | States District Courts ("Rules") provides that the Rules govern the |
| 4 | procedure in the federal district courts on an application under 28 |
| 5 | U.S.C. § 2254 by a person in custody pursuant to a judgment of a state |
| 6 | court.  28 foll. U.S.C. § 2254, Rule 1.  Rule 2(c) requires that the |
| 7 | petition shall specify all grounds for relief, as well as the facts |
| 8 | supporting each ground.  Id.  Here, the First Amended Petition's pages |
| 9 | are numbered 1-6, 1-35, 1-87 and 7-8, rather than consecutively. |
| 10 | Moreover, it is unclear exactly which claims petitioner is raising |
| 11 | since, for example, there appear to be two claims denominated "Ground |
| 12 | Three," with one appearing at page 4 and the other at page 62. |
| 13 | Similarly, there appear to be unnumbered claims, such as the claim |
| 14 | appearing at the top of page 81.  For all these reasons, the Court |
| 15 | dismissed the First Amended Petition with leave to amend, although |
| 16 | this Court could have immediately summarily dismissed the petition |
| 17 | without leave to amend, and admonished petitioner that failure to |
| 18 | timely file the Second Amended Petition within thirty days could |
| 19 | result in dismissal of the action.  Although more than thirty days |
| 20 | have passed, petitioner has not filed a Second Amended Petition. |
| 21 |   |
| 22 | Rule 4 of the Rules Governing Section 2254 Cases in the United |
| 23 | States Courts provides that "[i]f it plainly appears from the face of |
| 24 | the petition and any exhibits annexed to it that the petitioner is not |
| 25 | entitled to relief in the district court, the judge shall make an |
| 26 | order for its summary dismissal. . . ."  28 foll. U.S.C. § 2254, |
| 27 | // |
| 28 | // |

Rule 4.  Since the First Amended Petition is defective on its face, and is vague, it should now be summarily dismissed without prejudice.

**ORDER**

IT IS HEREBY ORDERED that Judgment shall be entered SUMMARILY DISMISSING without prejudice the First Amended Petition for writ of habeas corpus.

Dated: January 16, 2009

/S/ S. James Otero

_____
S. James Otero
United States District Judge

PRESENTED BY:

DATE: _____

_____
    ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-6671.mdo
1/12/09