UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN GEORGE, | ) Case No. CV 08-6617-SJO(RC) |
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| J. WALKER, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a First Amended Petition for Habeas Corpus,

IT IS ADJUDGED that the First Amended Petition for writ of habeas corpus is SUMMARILY DISMISSED without prejudice.

Dated: <u>January 16, 2009</u>

/S/ S. James Otero

_____
S. James Otero
United States District Judge

R&R-MDO\08-6617.JUD
1/12/09